UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACQUELINE LEWIS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | File No. 1:12-cv-04038-RWS |
| v. ) | |
| ) | |
| CITY OF UNION CITY, GA, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jacqueline Lewis and Defendant City of Union City, Georgia hereby file this Joint Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant are dismissed, with prejudice, and that Plaintiff and Defendant shall bear their own attorneys' fees, costs, and expenses of litigation.

Respectfully submitted this 20th day of March, 2020.

SIGNATURES ON FOLLOWING PAGE

1

<u>s/Cheryl B. Legare</u>
Cheryl B. Legare
Georgia Bar No. 038553
LEGARE, ATTWOOD & WOLFE LLC
Two Decatur Town Center, Suite 380
125 Clairemont Avenue
Decatur, GA  30030
Telephone:  470-823-4000
Facsimile: 470-201-1212
cblegare@law-llc.com

Edward D. Buckley
Georgia Bar No. 092750
BUCKLEY BEAL, LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone:  404-781-1100
Facsimile:  404-781-1101
edbuckley@buckleybeal.com

Attorneys for Plaintiff

<u>s/Sharon P. Morgan</u>
Sharon P. Morgan
Georgia Bar No. 522955
Tracy L. Glanton
Georgia Bar No. 415008
ELARBEE, THOMPSON, SAPP & WILSON, LLP
229 Peachtree Street N.E.
800 International Tower
Atlanta, GA  30303
Telephone:  404-659-6700
Facsimile:  404-222-9718
morgan@elarbeethompson.com
glanton@elarbeethompson.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACQUELINE LEWIS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | File No. 1:12-cv-04038-RWS |
| v. ) | |
| ) | |
| CITY OF UNION CITY, GA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I electronically filed **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Tracy L. Glanton
Sharon P. Morgan

LEGARE, ATTWOOD & WOLFE, LLC

s/Cheryl B. Legare
Georgia Bar No. 038553
Counsel for Plaintiff

3